RECEIVED
IN LAKE CHARLES, LA.

JUL - 2 2013

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| JUSTIN E. CALLAHAN<br>03245-095 | CIVIL ACTION NO. 2:12-CV-2955<br>SECTION P |
| VS. | JUDGE PATRICIA MINALDI |
| J.P. YOUNG | MAGISTRATE JUDGE KATHLEEN KAY |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 6] of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that the petitioner's application for a writ of habeas corpus be **DENIED** and **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

Lake Charles, Louisiana, on this 26 day of June, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE